**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Thomas Lockridge, Appellant.

Appellate Case No. 2014-000588

———————————

Appeal From York County
Paul M. Burch, Circuit Court Judge

———————————

Unpublished Opinion No. 2015-UP-121
Submitted February 1, 2015 – Filed March 11, 2015

———————————

**APPEAL DISMISSED**

———————————

Appellate Defender LaNelle Cantey DuRant, of Columbia, for Appellant.

John Benjamin Aplin and Matthew C. Buchanan, of the South Carolina Department of Probation, Parole & Pardon Services, of Columbia, for Respondent.

———————————

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**THOMAS, KONDUROS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.